# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS LUXURY MOTOR CO.,
D/B/A LVMOTORZ.COM,

                Appellant,

vs.

ESKENDER MEHADI; AND DONIELLE
MEHADI,

                Respondents.

No. 74294

**FILED**

MAR 21 2018


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. James Crockett, District Judge
      Persi J. Mishel, Settlement Judge
      Law Office of Malik W. Ahmad
      Kazerouni Law Group, APC
      Eighth District Court Clerk